IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA MCGILL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3028 |
| | ) | |
| v. | ) | |
| | ) | |
| UNIVERSITY OF NEBRASKA BOARD OF | ) | ORDER |
| REGENTS, and OWEN YARDLEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by March 06, 2006, file their Report of Parties' Planning Conference.

DATED February 14, 2006.

　　　　　　　　　　　　　　　　　　　　　　　/s/   David L. Piester
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge