# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BARBARA McGILL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **4:06CV3028** |
| vs. | ) | |
| | ) | **ORDER** |
| **UNIVERSITY OF NEBRASKA** | ) | |
| **BOARD OF REGENTS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    Plaintiff has filed Motion to Amend Complaint (#10). Upon the representation that the motion is unopposed,

    **IT IS ORDERED** that the motion (#10) is granted. Plaintiff shall file and serve the amended pleading on or before **April 7, 2006.** Defendants shall respond within the time allowed by Fed. R. Civ. P. 15(a).

    **DATED March 31, 2006.**

                               **BY THE COURT:**

                               **s/ F.A. Gossett**
                               **United States Magistrate Judge**