# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA McGILL, | ) | Case No. 4:06CV3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNIVERSITY OF NEBRASKA | ) | |
| BOARD OF REGENTS and | ) | |
| OWEN YARDLEY IN HIS | ) | |
| INDIVIDUAL AND | ) | |
| OFFICIAL CAPACITY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the defendants' motion to continue the deadline for the submission of motions for summary judgment based upon qualified immunity and the plaintiff's consent thereto. For good cause shown,

**IT IS ORDERED**:

1. The deadline for filing motions for summary judgment based upon qualified immunity in paragraph 5 of the progression order is continued to June 7, 2006.

2. All other provisions of the progression order remain in effect.

**DATED April 4, 2006.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**