IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA MCGILL, | ) | Case No. 4:06cv3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNIVERSITY OF NEBRASKA | ) | |
| BOARD OF REGENTS and | ) | |
| OWEN YARDLEY IN HIS | ) | |
| INDIVIDUAL AND | ) | |
| OFFICIAL CAPACITY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the defendants' motion to continue the deadline for the submission of motions for summary judgment based upon qualified immunity and the plaintiff's consent thereto.

IT IS THEREFORE ORDERED that:

1. The deadline for filing motions for summary judgment based upon qualified immunity is continued from June 7, 2006, until June 23, 2006;

2. All other provisions of the progression order remain in effect.

DATED June 7, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge