IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BARBARA MCGILL, | ) | Case No. 4:06cv3028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNIVERSITY OF NEBRASKA | ) | |
| BOARD OF REGENTS and | ) | |
| OWEN YARDLEY IN HIS | ) | |
| INDIVIDUAL AND | ) | |
| OFFICIAL CAPACITY, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the defendants' motion to continue the deadline for the submission of motions for summary judgment and the plaintiff's consent thereto.

IT IS THEREFORE ORDERED that:

1. The motion (#32) is granted and the deadline for filing motions for summary judgment is continued from August 11, 2006, until August 25, 2006;

2. All other provisions of the progression order remain in effect.

Dated this 11th day of August, 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge

L0705654.1