# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA McGILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CV3028 |
| vs. ) | |
| ) | ORDER |
| UNIVERSITY OF NEBRASKA ) | |
| BOARD OF REGENTS, et al., ) | |
| ) | |
| Defendants. ) | |

A Mediation Closure Notice [37] was filed October 18, 2006 advising that the parties have reached an agreement on all issues. Pursuant to NECivR 68.1,

**IT IS ORDERED:**

1. The parties are given until and including **November 20, 2006** to file all documents necessary to terminate this action.

2. If the parties fail to file such documents, the court may dismiss the action without further notice and without prejudice to the right to secure reinstatement of the case within thirty (30) days after the date of the dismissal order by making a showing of good cause about why the parties did not in fact consummate the settlement.

**DATED October 18, 2006.**

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**s/ F.A. Gossett**
　　　　　　　　　　　　　　　　**United States Magistrate Judge**