IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BARBARA MCGILL,** | ) | Case No.: 4:06CV3028 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **UNIVERSITY OF NEBRASKA** | ) | |
| **BOARD OF REGENTS and** | ) | |
| **OWEN YARDLEY, In His Individual** | ) | |
| **& Official Capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The matter is before the Court on the parties' Joint Stipulation and Motion to Dismiss Defendant Yardley. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and is approved. Accordingly,

IT IS ORDERED:

1. The Joint Stipulation and Motion to Dismiss Defendant Yardley (Filing No. 39) is granted;

2. All claims by Plaintiff Barbara McGill against Defendant Owen Yardley only, in his individual and official capacities as alleged in the Amended Complaint, are dismissed with prejudice; and

3. The remaining claims in the Amended Complaint against the University of Nebraska Board of Regents shall proceed to trial.

DATED this 24th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge