IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BARBARA MCGILL,** ) | Case No.: 4:06CV3028 |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **AMENDED ORDER** |
| ) | |
| **UNIVERSITY OF NEBRASKA** ) | |
| **BOARD OF REGENTS and** ) | |
| **OWEN YARDLEY, In His Individual** ) | |
| **& Official Capacity,** ) | |
| ) | |
| **Defendants.** ) | |

The matter is before the Court on the parties' Joint Stipulation and Motion to Dismiss Defendant Yardley. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and is approved. Accordingly,

IT IS ORDERED:

1. The Order dated October 24, 2006, at Filing No. 40, is withdrawn;

2. The Joint Stipulation and Motion to Dismiss Defendant Yardley (Filing No. 39) is granted;

3. All claims by Plaintiff Barbara McGill against Defendant Owen Yardley only, in his individual and official capacities as alleged in the Amended Complaint, are dismissed with prejudice; and

4. Pursuant to the Order at Filing No. 38, the parties shall file all documents necessary to terminate this action on or before November 20, 2006.

DATED this 25th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge