IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BARBARA MCGILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNIVERSITY OF NEBRASKA )<br>BOARD OF REGENTS and )<br>OWEN YARDLEY, In His Individual )<br>& Official Capacity, )<br>)<br>Defendants. ) | Case No.: 4:06cv3028<br><br><br><br>**ORDER OF DISMISSAL** |

The matter is before the Court on the parties' Joint Stipulation and Motion to Dismiss Defendant University of Nebraska Board of Regents. The Court finds that the stipulation complies with the requirements of Fed. R. Civ. Pro. 41(a)(1)(ii), and it is approved. Accordingly,

IT IS ORDERED:

1. The Joint Motion to Dismiss (Filing No. 42) is granted;

2. The Plaintiff's Complaint, including all claims against the University of Nebraska Board of Regents, is dismissed with prejudice; and

3. The parties shall pay their own costs.

DATED this 30th day of October, 2006.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge

L0715717.1